Diana L. Fitzgerald, Esq. (California Bar No. 170405)
Diana@filawyers.com
FITZGERALD & ISAACSON, LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 480-0090
Facsimile: (310) 402-0306

Nima Tahmassebi, Esq. (Florida Bar No. 121690)
ntahmassebi@pbyalaw.com
Benjamin Reiss, Esq. (Florida Bar No. 985643)
breiss@pbyalaw.com
PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone: (305) 377-0086
Facsimile: (305) 377-0781

*Attorneys for Plaintiffs LCC Enterprises LLC and Daniel Cohen*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LCC ENTERPRISES LLC, a Delaware limited liability company, and DANIEL COHEN, an individual. <br><br> Plaintiffs, <br><br> vs. <br><br> ROMAN CRESTO, an individual, JOHN CRESTO, an individual, and STRYDER HOLDINGS LLC, a California limited liability company, <br><br> Defendants. | Case No. 22-CV-1944 DMS (BGS) <br><br> **NOTICE OF PARTY WITH FINANCIAL INTEREST IN COMPLIANCE WITH LOCAL RULE 40.2** <br><br> [Filed concurrently with Corporate Disclosure Statement] <br><br> Complaint Filed: December 8, 2022 <br> Trial Date: None |

-1-
PLAINTIFFS' NOTICE OF PARTY WITH FINANCIAL INTEREST

TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiffs, LCC Enterprises LLC and Daniel Cohen, by and through undersigned counsel and pursuant to Local Rule 40.2, certify that the below-listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff LCC Enterprises LLC;

2. Plaintiff Daniel Cohen;

3. Empire Ecommerce LLC;

4. Onyx Distribution LLC;

5. Dropshipping Direct LLC;

6. Defendant Roman Cresto;

7. Defendant John Cresto;

8. Defendant Stryder Holdings LLC; and

9. The law firms of Fitzgerald & Isaacson, LLP, and Perlman, Bajandas, Yevoli & Albright, P.L, the entities representing Plaintiffs, LCC Enterprises LLC and Daniel Cohen, in this action.

| | |
|---|---|
| Dated: January 11, 2023 | **FITZGERALD & ISAACSON, LLP**<br>**PERLMAN, BAJANDAS, YEVOLI &**<br>**ALBRIGHT, P.L.** |
| | By:  /s/ Diana L. Fitzgerald<br>      Diana L. Fitzgerald<br>      Nima Tahmassebi<br>      Benjamin Reiss |
| | *Attorneys for Plaintiffs LCC Enterprises LLC and Daniel Cohen* |