UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LCC ENTERPRISES LLC, a Delaware limited liability company, and DANIEL COHEN, an individual,<br><br>                                    Plaintiffs,<br><br>v.<br><br>ROMAN CRESTO, an individual, JOHN CRESTO, an individual, and STRYDER HOLDINGS LLC, a California limited liability company,<br><br>                                    Defendants. | Case No.:  22cv1944 DMS(BGS)<br><br>**ORDER (1) STAYING CASE AND (2) DENYING WITHOUT PREJUDICE MOTION TO PRECLUDE** |
| ROMAN CRESTO, an individual, JOHN CRESTO, an individual, and STRYDER HOLDINGS LLC, a California limited liability company,<br><br>                                    Counter Claimants,<br><br>v.<br><br>LCC ENTERPRISES LLC, a Delaware Limited liability company, DANIEL COHEN, an individual, and DROPSHIPPING DIRECT LLC, a Wyoming limited liability company,<br><br>                                    Counter Defendants. | |

In light of the Stipulated Preliminary Injunction issued by the Court in *FTC v. Automators LLC*, Case No. 23cv1444 DMS (BGS), the Court stays this case. In light of the stay, the Court denies without prejudice the motion filed by LCC Enterprises LLC, Daniel Cohen and Dropshipping Direct LLC to preclude John Cresto and Roman Cresto from engaging in fraudulent or other deceptive conduct in connection with this lawsuit.

**IT IS SO ORDERED**.

Dated: October 26, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court