| | |
|---|---|
| 1 | NIMA TAHMASSEBI (SBN 121690) |
|   | BENJAMIN REISS (SBN 985643) |
| 2 | **NT LEGAL** |
|   | 2121 SW 3rd Ave Ste 201 |
| 3 | Miami, FL 33129 |
|   | Telephone: (786) 848-4002 |
| 4 | Email: nima@ntlegal.net |

Attorneys for Plaintiffs
LCC ENTERPRISES LLC and DANIEL COHEN

MICHAEL ZWEIBACK (SBN 143549)
HANNAH FRIEDMAN (SBN 324771)
**ZWEIBACK, FISET & ZALDUENDO LLP**
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
Telephone: (213) 266-5170
Facsimile: (213) 582-8414
Email: michael.zweiback@zfzlaw.com
Email: hannah.friedman@zfzlaw.com

Attorneys for Defendants
ROMAN CRESTO, JOHN CRESTO, and
STRYDER HOLDINGS LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LCC ENTERPRISES LLC, a Delaware limited liability company, and DANIEL COHEN, an individual. | Case No. 3:22-cv-01944-DMS-BGS |
| | Hon. Dana M. Sabraw |
| Plaintiffs, | |
| v. | **REQUEST FOR DISMISSAL** |
| ROMAN CRESTO, an individual, JOHN CRESTO, an individual, and STRYDER HOLDINGS LLC, a California limited liability company, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41, Plaintiffs LCC Enterprises LLC and Daniel Cohen, and Defendants Roman Cresto, John Cresto, and Stryder Holdings, hereby jointly request that the First Amended Complaint and all claims and counterclaims asserted in the above-referenced action be dismissed with prejudice.

This request for dismissal is in accordance with a settlement between LCC Enterprises LLC and Daniel Cohen, on the one hand, and Roman Cresto, John Cresto, and Stryder Holdings, on the other hand. Each party shall bear its own fees and costs with respect to this action.

**DATED**: March 28, 2024

*Nima Tahmassebi*
_____
NIMA TAHMASSEBI
**NT LEGAL**
2121 SW 3rd Ave Ste 201
Miami, FL 33129
Telephone: (786) 848-4002

*Attorneys for Plaintiffs LCC Enterprises LLC and Daniel Cohen*

**DATED**: March 28, 2024

*Michael Zweiback*
_____
MICHAEL ZWEIBACK, ESQ.
**ZWEIBACK, FISET & ZALDUENDO, LLP**
315 W. 9th Street, Suite 1200
Los Angeles, California 90015
Telephone: (213) 266-5170
michael.zweiback@zfzlaw.com

*Attorneys for Defendants Roman Cresto, John Cresto, and Stryder Holdings*